<u>**Exhibit A**</u>
**Statement of Claim**
**Plaintiff Robert Eric Holtz**

**Unpaid Overtime Wages**

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Average Weekly Pay[1] | Hourly Rate[1] | Overtime Hourly Rate[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|
| 8/19/24 - 11/7/24 | 11.57 | 99.5 | $ 2,596.15 | $ 26.09 | $ 39.14 | $ 8,981.05 | $ 8,981.05 |
| 5/20/24 - 8/18/24 | 13.00 | 99.5 | $ 2,307.69 | $ 23.19 | $ 34.79 | $ 8,969.84 | $ 8,969.84 |
| | | | | | | $ 17,950.89 | $ 17,950.89 |

Total Unpaid Overtime Wages[1] = $ 17,950.89
Total Liquidated Damages[1] = $ 17,950.89
Total[1] = $ 35,901.78

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.