UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 25-80234-CIV-CANNON/Reinhart

**ROBERT ERIC HOLTZ,**

    Plaintiff,
v.

**POINCIANA MANAGEMENT, INC.,**
**SPIEGEL PROPERTIES, INC.,** and
**ROBERT SPIEGEL**,

    Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** comes before the Court upon the Joint Notice of Settlement, filed on October 21, 2025, in which the parties advise that they have settled this matter [ECF No. 40]. The Court has carefully reviewed the file and is fully advised. Upon review, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Joint Stipulation of Dismissal on or before **November 21**, **2025**. *See* Fed. R. Civ P. 41.

2. The parties are advised that the Court generally does not retain jurisdiction over private settlement agreements, regarding them as a matter of private contract between the parties. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1281 (11th Cir. 2012).

3. If the parties fail to complete the expected settlement, any party may move the Court to reopen the case.

CASE NO. 25-80234-CIV-CANNON/Reinhart

4. The Clerk shall **CLOSE** this case for administrative purposes only. Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**ORDERED** in Chambers at Fort Pierce, Florida, this 22nd day of October 2025.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record